**Electronically Filed
Supreme Court
SCWC-30310
10-JUL-2012
03:10 PM**

NO. SCWC-30310

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

TARA THOMAS, DONNA THOMAS and JACK THOMAS,
Petitioners/Plaintiffs-Appellants,

vs.

AYABE CHONG NISHIMOTO SIA & NAKAMURA, a Hawaii limited liability
law partnership, ALPS CORPORATION, a Montana corporation, and
GRANT K. KIDANI, Respondents-Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30310; CIV. NO. 09-1-1936)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, and McKenna, JJ.,
Circuit Judge Nakasone, in place of Recktenwald, C.J., recused,
and Circuit Judge Kubo, assigned by reason of vacancy)

Petitioners's application for writ of certiorari filed

on June 4, 2012, is hereby rejected.

DATED:  Honolulu, Hawai'i, July 10, 2012.

Steven D. Strauss and      /s/ Paula A. Nakayama
Christopher P. Schlueter for
petitioners      /s/ Simeon R. Acoba, Jr.

James Kawashima and      /s/ Sabrina S. McKenna
Christine E. Savage for
respondent Ayabe Chong      /s/ Karen T. Nakasone
Nishimoto Sia & Nakamura
      /s/ Edward H. Kubo, Jr.
J. Patrick Gallgher and Leah M.
Reyes for respondent Grant K.
Kidani

